## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN R. WALSH, III** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:16-1531** |
| | : | **(D.J. Mannion)** |
| **v.** | : | **(M.J. Carlson)** |
| **JUDGE EDWIN KOSIK, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

Based on the report of Judge Carlson, (Doc. 3), to which no objections have been filed, **IT IS HEREBY ORDERED THAT** the report is **ADOPTED IN ITS ENTIRETY**.[1] Plaintiff's complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**. *See* Roy v. Supreme Court of U.S., 484 F.App'x 700, 700 (3d Cir. 2012) (dismissal under Rule 8 is justified if the complaint is not comprehensible). Leave to amend is **DENIED**.

———————————

[1] As Judge Carlson finds, Judge Kosik and Judge Mehalchick are protected by absolute immunity for all judicial acts except those made in the clear absence of jurisdiction. Cleavinger v. Saxner, 474 U.S. 193, 199, 106 S.Ct. 496, 88 L.Ed.2d 507 (1985); Stump v. Sparkman, 435 U.S. 349, 356–67, 98 S.Ct. 1099, 55 L.Ed.2d 331 (1978); Clark v. Conahan, 737 F.Supp.2d 239, 255-256 (M.D.Pa. 2010). "Judicial immunity provides complete immunity from suit, not merely from an ultimate assessment of damages." Smith v. Laster,787 F.Supp.2d at 319 (citing Mireles v. Waco, 502 U.S. 9, 11, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991)).

The Clerk is directed to close the case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**


**Date: September 2, 2016**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2016 ORDERS\16-1531-01.wpd